

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00036-CV

Matthew Jenkins, Mary Jenkins a/k/a Mary Wine and Mary Jenkins as Next Friend of Widen Jenkins

v.

Dale McBride

On Appeal from the
40th District Court of Ellis County, Texas
Trial Cause No. 85488

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 20, 2014